AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

Roel Rogelio LOPEZ, 1965 (USA)

United States District Court
Southern District of Texas
FILED

JUL 3 1 2020

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number:    M-20-1447-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __07/30/2020__ in __Starr__ County, in the __Southern__ District of __Texas__ the defendant(s)

*(Track Statutory Language of Offense)*

21 USC 841 & 846 - Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Methamphetamine, approximately 33.5 kilograms, a schedule II controlled substance.

in violation of Title __21__ United States Code, Section(s) __USC 841 & 846__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts:

**See attached affidavit.**

Continued on the attached sheet and made a part of this complaint:    Yes    **X** No

**Approved by: AUSA Patricia Cook Profit**

**Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:**

/S/ Danielle Martin
Signature of Complainant

July 31, 2020    — 12:74 p.m.

Danielle Martin      DEA Special Agent

**Juan F. Alanis**      , **U.S. Magistrate Judge**
**Name and Title of Judicial Officer**      Signature of Judicial Officer

# ATTACHMENT 1

1. On July 30, 2020, at approximately 4:00 p.m., U.S. Border Patrol (USBP) camera operators observed several individuals appear to be scouting for law enforcement on the south side of the Rio Grande River, across from the Los Puertos boat ramp in La Casita, Texas.
2. USBP agents were notified of the suspected scouting activity and subsequently responded to the La Casita area in anticipation of a smuggling attempt.
3. At approximately 4:20 p.m., USBP camera operators observed a grey pickup truck driving near the river road in the area of the Los Puertos boat ramp. The grey pickup met briefly with another vehicle and then continued to drive towards the "double pump" area, where it stopped for several minutes.
4. The grey pickup truck then proceeded north towards FM 1430. As the grey pickup truck was approaching FM 1430, USBP agents attempted to conduct a traffic stop on the vehicle. The driver of the grey pickup truck failed to yield to law enforcement, took off at a high rate of speed, and was subsequently immobilized in a field.
5. USBP agents then observed the driver of the grey pickup truck, later identified as Roel Rogelio LOPEZ, abscond from the vehicle. LOPEZ was apprehended by agents a short distance away. When agents asked LOPEZ why he ran from law enforcement, LOPEZ stated that he was scared and did not want to get in trouble because he was on probation.
6. LOPEZ subsequently provided verbal consent to search the grey pickup truck. A USBP canine trained in the detection of narcotics was utilized around the vehicle. The canine alerted to the presence of narcotics on a tire located in the bed of the truck. Agents conducted a further search of the tire, which revealed thirty-two (32) bundles of suspected narcotics concealed inside the tire. Agents then placed LOPEZ under arrest and transported him to the USBP Rio Grande City station.
7. DEA and DPS CID Special Agents (SAs) conducted a post-arrest interview of LOPEZ. LOPEZ was read his Miranda Warnings out loud in Spanish. LOPEZ stated that he understood his rights and voluntarily agreed to speak with agents.
8. LOPEZ stated that on July 30, 2020, an unknown individual approached him and offered to pay him $2,000.00 to pick up a load of cocaine near the Los Puertos boat ramp that same day. LOPEZ stated that later that same day, he drove towards the Los Puertos boat ramp in the grey pickup truck and met with three (3) individuals, who loaded the tire containing the suspected narcotics into the truck. LOPEZ stated that he was going to deliver the tire containing the narcotics to another location in La Casita, Texas.
9. At the USBP Rio Grande City station, agents processed the thirty-two (32) bundles of suspected narcotics, which weighed approximately 33.5 kilograms and field tested positive for characteristics of methamphetamine.